JOHN T. WATERHOUSE *v.* CAPITAL INVESTMENT CO., LTD., MAKAHA VALLEY FARMS, LIMITED, MAKAHA BEACH COMPANY, LIMITED, AND HAWAIIAN RESORTS, LTD.

No. 4051.

MAY 31, 1960.

TSUKIYAMA, C. J., CASSIDY, WIRTZ, LEWIS, JJ., AND CIRCUIT JUDGE DYER IN PLACE OF MARUMOTO, J., DISQUALIFIED.

*Per Curiam.* The petition for rehearing filed by defendant-appellee, Hawaiian Resorts, Ltd., is denied without argument.

*Leon L. M. Chun, Ingram M. Stainback* and *E. C. Peters* for the petition.